```
Label Matrix for local noticing        U.S. Bankruptcy Court                  SANTANDER CONSUMER USA INC.
0752-1                                  Eastern Division                      P.O. BOX 961245
Case 18-02860                           219 S Dearborn                        FORT WORTH, TX 76161-0244
Northern District of Illinois           7th Floor
Chicago                                 Chicago, IL 60604-1702
Tue Mar 13 11:08:50 CDT 2018

CONSUMER PORTFOLIO SVC                  CONVERGENT OUTSOURCING                City of Chicago - Parking and red Light Tick
PO BOX 57071                            10750 HAMMERLY BLVD #200              121 N. LaSalle Street
IRVINE, CA 92619-7071                   Houston, TX 77043-2317                Chicago, IL 60602-1202


City of Chicago Department              City of Chicago Department of Finance FIRST PREMIER BANK
Of Administrative Hearing               c/o Arnold Scott Harris, P.C.         c/o Jefferson Capital Systems LLC PO Box
City of Chicago - DOAH C/O Arnold Scott 111 W. Jackson Blvd Ste. 600          c/o Linda Dold
111 W. Jackson Ste 600                  Chicago, IL 60604-3517                Saint Cloud, MN 56302
Chicago, IL 60604-3517


HARRIS & HARRIS LTD                     I C SYSTEM INC                        NATIONWIDE
222 Merchandise Mart Plaza, Suite 1900  PO BOX 64378                          CSCL DISPUTE TEAM PO BOX 14517
Chicago, IL 60654-1421                  SAINT PAUL, MN 55164-0378             DES MOINES, IA 50306-3517


PEOPLES GAS LIGHT & COKE COMPANY        People's Gas                          STATE COLLECTION SERVI
200 EAST RANDOLPH STREET                200 E Randolph St                     2509 S STOUGHTON RD
CHICAGO, ILLINOIS 60601-6433            Chicago, IL 60601-6302                MADISON, WI 53716-3314


Santander Consumer USA                  VIRTUOSO SRC                          Elise Harmening
ATT POC: Janiscia Jackson PO Box 961245 3033 S PARKER RD SUITE 100            The Semrad Law Firm, LLC
Fort Worth, TX 76161-0244               AURORA, CO 80014-2913                 20 S Clark, 28th Floor
                                                                              Chicago, IL 60603-1811


John P Wonais                           Patrick S Layng                       Robbin L Fulton
The Semrad Law Firm, LLC                Office of the U.S. Trustee, Region 11 5502 W. Congress
20 S. Clark Street, 28th Floor          219 S Dearborn St                     Garden
Chicago, IL 60603-1811                  Room 873                              Chicago, IL 60644-5014
                                        Chicago, IL 60604-2027


Tom Vaughn                              End of Label Matrix
55 E. Monroe Street, Suite 3850         Mailable recipients    21
Chicago, IL 60603-5764                  Bypassed recipients     0
                                        Total                  21
```