United States Bankruptcy Court
Northern District of Illinois
Eastern Division

| | |
|---|---|
| In re:<br><br>Robbin L. Fulton,<br><br>Debtor. | Case No. 18 BK 02860<br><br>Chapter 13<br><br>Judge: Hon. Jack B. Schmetterer |

**ORDER ON (A) DEBTOR'S MOTION FOR SANCTIONS AGAINST CITY OF CHICAGO FOR VIOLATION OF AUTOMATIC STAY AND FOR TURNOVER [DKT NO. 23] AND (B) DEBTOR'S OBJECTION TO CLAIM #1 OF THE CITY OF CHICAGO [DKT. NO. 28]**

For the reasons articulated in the Memorandum Opinion on Debtor's Motion for Sanctions against City of Chicago for Violation of Automatic Stay and for Turnover and Debtor's Objection to Claim #1 of the City of Chicago, entered concurrently herewith, IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Debtor's Motion for Sanctions and Turnover is **granted**.
2. The City of Chicago must turnover possession of Debtor's vehicle no later than 10 a.m. on Tuesday, May 29, 2018.
3. For each day or partial day thereafter that the City of Chicago refuses and fails to comply with this order by not releasing Debtor's vehicle, it must pay Debtor $100.00 so as to enable Debtor to obtain other transportation. Jurisdiction is reserved to enter judgment thereon.
4. Debtor's Objection to Claim #1 of the City of Chicago is **sustained** to the extent that the City asserted to be a secured creditor.
5. Debtor's Objection to Claim #1 of the City of Chicago is **overruled** to the extent that Debtor objects to the amount of the City's claim.
6. Status is set for 1:30 p.m. on Tuesday, May 29, 2018, in Courtroom 682.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this ___ day of May, 2018