# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 13, 2018

To:     Thomas G. Bruton, Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 18-2527<br><br>Caption:<br>CITY OF CHICAGO,<br> Appellant<br><br>v.<br><br>ROBBIN L. FULTON,<br> Appellee |
| District Court No: 1:18-cv-03820<br>Clerk/Agency Rep Thomas G. Bruton<br>District Judge Manish S. Shah<br><br>Date of certification from D.C.: 07/12/2018 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)