# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 02860 |
| Robbin L Fulton, ) | Hon. Jack B. Schmetterer |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO:  Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603, via electronic court notification;

MR MC LLC 5505 W. Congress, c/o Arthur Czaja, Law Office of Arthur C. Czaja, 7521 N. Milwaukee Avenue, Niles, IL 60714, via certified mail;

City of Chicago, an Illinois Municipal Corporation, c/o David Paul Holtkamp, City of Chicago Department of Law, 121 N. LaSalle St., Ste. 400, Chicago, IL 60602, via certified mail;

See attached Service List.

Please take notice that on November 21, 2018, at 10:30 a.m., I shall appear before the Honorable Judge Schmetterer in Courtroom 682 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on October 19, 2018.

/s/ *John Wonais*
Attorney for Robbin Fulton
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

```
Label Matrix for local noticing            MR MC LLC 5505 W. CONGRESS              U.S. Bankruptcy Court
0752-1                                     c/o Arthur C. Czaja                     Eastern Division
Case 18-02860                              7521 N. Milwaukee Ave.                  219 S Dearborn
Northern District of Illinois              Niles, IL 60714-3621                    7th Floor
Chicago                                                                            Chicago, IL 60604-1702
Wed Oct  3 05:47:45 CDT 2018

  SANTANDER CONSUMER USA INC.              CONSUMER PORTFOLIO SVC                  CONVERGENT OUTSOURCING
P.O. BOX 961245                            PO BOX 57071                            10750 HAMMERLY BLVD #200
  FORT WORTH, TX 76161-0244                IRVINE, CA 92619-7071                   Houston, TX 77043-2317


City of Chicago - Parking and red Light Tick    City of Chicago Department        City of Chicago Department of Finance
121 N. LaSalle Street                      Of Administrative Hearing              c/o Arnold Scott Harris, P.C.
Chicago, IL 60602-1202                     City of Chicago - DOAH C/O Arnold Scott 111 W. Jackson Blvd Ste. 600
                                           111 W. Jackson Ste 600                 Chicago, IL 60604-3517
                                           Chicago, IL 60604-3517

FIRST PREMIER BANK                         HARRIS & HARRIS LTD                    I C SYSTEM INC
c/o Jefferson Capital Systems LLC PO Box   222 Merchandise Mart Plaza, Suite 1900 PO BOX 64378
c/o Linda Dold                             Chicago, IL 60654-1421                 SAINT PAUL, MN 55164-0378
Saint Cloud, MN 56302


NATIONWIDE                                 PEOPLES GAS LIGHT & COKE COMPANY       People's Gas
CSCL DISPUTE TEAM PO BOX 14517             200 EAST RANDOLPH STREET               200 E Randolph St
DES MOINES, IA 50306-3517                  CHICAGO, ILLINOIS 60601-6433           Chicago, IL 60601-6302


Premier Bankcard, Llc                      STATE COLLECTION SERVI                 Santander Consumer USA
Jefferson Capital Systems LLC Assignee     2509 S STOUGHTON RD                    ATT POC: Janiscia Jackson PO Box 961245
Po Box 7999                                MADISON, WI 53716-3314                 Fort Worth, TX 76161-0244
Saint Cloud Mn 56302-7999


VIRTUOSO SRC                               Elise Harmening                        John P Wonais
3033 S PARKER RD SUITE 100                 The Semrad Law Firm, LLC               The Semrad Law Firm, LLC
AURORA, CO 80014-2913                      20 S Clark, 28th Floor                 20 S. Clark Street, 28th Floor
                                           Chicago, IL 60603-1811                 Chicago, IL 60603-1811


Patrick S Layng                            Robbin L Fulton                        Tom Vaughn
Office of the U.S. Trustee, Region 11      5502 W. Congress                       55 E. Monroe Street, Suite 3850
219 S Dearborn St                          Garden                                 Chicago, IL 60603-5764
Room 873                                   Chicago, IL 60644-5014
Chicago, IL 60604-2027
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)City of Chicago, an Illinois Municipal Cor      End of Label Matrix
                                                   Mailable recipients    23
                                                   Bypassed recipients     1
                                                   Total                  24

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 18 B 02860 |
| Robbin L Fulton, | ) | HON. Jack B. Schmetterer |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

**MOTION TO MODIFY PLAN**

NOW COMES the debtor, Robbin L Fulton ("Ms. Fulton"), by and through her attorneys, The Semrad Law Firm, LLC, and hereby moves this Honorable Court to modify the confirmed Chapter 13 Plan, Robbin Fulton states the following:

1. On January 31, 2018, Robbin Fulton filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. That this Honorable Court confirmed the Robbin Fulton's Chapter 13 Plan on March 21, 2018.

3. The Chapter 13 Plan allows for secured creditors to be paid 100.00% of their allowed claims, and general unsecured creditors without priority to be paid 10.00% of their allowed claims. Robbin Fulton is to make plan payments to the Chapter 13 Trustee in the amount of $450.00 monthly for 36 months.

4. Shortly prior to filing bankruptcy, Ms. Fulton's vehicle was impounded by the City of Chicago ("the City") and the City, upon receiving notice of her bankruptcy filing, refused to release her vehicle. Ms. Fulton therefore filed a Motion for Sanctions and Turnover which this court granted. The City subsequently appealed the order and filed two Motions for Stay Pending Appeal, one in this court and the other in the district court. This Court, after hearing oral arguments and both parties submitting briefs,

denied the City's motion within a couple weeks. The district court, however, did not rule on the motion for approximately three months, but ultimately denied the City's motion like this court did on September 10, 2018. See <u>Exhibit A</u>.

5. During this time, which lasted from the date of filing, i.e., more than nine months, Ms. Fulton was without a vehicle and incurred additional transportation expenses as a result which caused her to fall behind on her trustee payments.

6. Ms. Fulton finally retrieved her vehicle from the impound September 21, 2018. However, upon retrieving her vehicle, Ms. Fulton noticed her vehicle was severely damaged, see <u>Exhibit B</u>, which upon information and belief was not previously damaged whatsoever. Ms. Fulton went to a mechanic and now has estimated repairs of approximately $6,000.00 as a result – see <u>Exhibit C</u>.

7. Furthermore, Ms. Fulton had to take off work for a month because her sister suffered a serious car accident and Ms. Fulton had to take care of her.

8. Robbin Fulton is now back working full time at her previous position.

9. Robbin Fulton can continue making timely plan payment once she is able to repair her vehicle and/or insurance or the City covers the costs – there is currently no litigation on this matter but there will likely be one.

10. Robbin Fulton respectfully requests this Honorable Court defer the current plan default to the end of the plan of reorganization, reduce the percent to her general unsecured creditors to 5.00%, and suspend payments for three months.

11. Robbin Fulton is in a position to proceed with the instant case.

12. Robbin Fulton filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Robbin Fulton prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order deferring the current plan default to the end of the Chapter 13 Plan of reorganization; and

B. That this Court modify her plan to suspend payments for three months and reduce the percent paid to general unsecured creditors to 5.00 percent.

C. For such other and further relief as the Court deems fair and proper.

Respectfully submitted,

*/s/ John Wonais*
*Attorney for Robbin Fulton*
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625