**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| RE: ROBBIN L FULTON | ) Case No. 18 B 02860 |
| | ) |
| Debtor | ) Chapter 13 |
| | ) |
| | ) Judge: JACK B SCHMETTERER |

## NOTICE OF MOTION

| | |
|---|---|
| ROBBIN L FULTON | THE SEMRAD LAW FIRM LLC |
| | via Clerk's ECF noticing procedures |
| 5502 W CONGRESS #GARDEN | |
| CHICAGO, IL 60644 | |

Please take notice that on April 24, 2019 at 10:00 am my designee or I will appear before the Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, Il 60603 or by the methods indicated on March 06, 2019.

/s/ Tom Vaughn

**TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On January 31, 2018 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. The debtor's plan was confirmed on March 21, 2018.

   A summary of the debtor's plan follows:

| | |
|---|---|
| Monthly Payment $450.00 | Last Payment Received: 11/14/2018 |
| Amount Paid $690.00 | Amount Delinquent $1,800.00 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to § 1307 (c) (6).

Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE        /s/ Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900