United States Bankruptcy Court
Northern District of Illinois
Eastern Division

| | |
|---|---|
| In re:<br><br>Robbin L. Fulton,<br><br>                          Debtor. | Case No. 18 BK 02860<br><br>Chapter 13<br><br>Judge: Hon. Jack B. Schmetterer |

### ORDER OF COURT *SUA SPONTE* [DKT. NOS. 39 & 40]

Pursuant to the Seventh Circuit panel's opinion affirming this Court's Opinion and Order [Dkt. Nos. 39 & 40] granting Debtor Robbin L. Fulton's ("Debtor") Motion for Sanctions and sustaining her Objection to Claim #1 of the City of Chicago (the "City"), an outstanding question remains as to what, if anything, the City owes for the duration of time during which it failed to turnover Debtor's vehicle and the Order itself was not stayed (either by the District Court or Court of Appeals). This Court imposed a fine of $100 per day for each day or partial day that the City refused to return the vehicle to Debtor. The Seventh Circuit panel's opinion indicates, however, that at some point the City returned the vehicle to Debtor (although no date is specified). Therefore, IT IS HEREBY ORDERED THAT:

1. The parties will come prepared to discuss whether the City owes Debtor for any period in which this Court's Order was not stayed and the vehicle was not returned to Debtor.
2. Status is set for Wednesday, July 3, 2019 at 11:30 a.m. in Courtroom 682.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this ___ day of June, 2019