**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

The City of Chicago
                     Plaintiff,
v.
                                                   Case No.: 1:18−cv−03820
                                                   Honorable Manish S. Shah

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 10, 2018:

      MINUTE entry before the Honorable Manish S. Shah: Appellee's motion for leave to file supplemental authority [33] is granted, and no appearance on the motion is necessary. Appellant's motion for a stay pending appeal [8] is denied. This court remains of the view that the City's conduct did not violate the automatic stay, see Chicago v. Kennedy, 2018 WL 2087453 (N.D. Ill. 5/25/18), but since the City acknowledges that a possessory lien can be retained and enforced in the future if its possession is involuntarily lost (e.g., due to a court order), the balance of harms favors appellee. Fulton's need for the car is greater than the City's while the appeal is pending. It may be that the City would be irreparably harmed if the car were destroyed or sold, but that contingency is outweighed by the concrete harm to appellee from the loss of access to the car. Finally, the big picture here is about setting circuit precedent−−something the City can pursue without a stay−−while the smaller stakes of the possession of one car weighs heavily on the individual debtor. This court's temporary stay [10] is vacated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.