# In the
# United States Bankruptcy Court
### For the Northern District of Illinois

| | |
|---|---|
| IN RE:<br><br>**JOVAN E. MOORE**, AND ALL OTHER DEBTORS LISTED ON THE ATTACHED LIST OF CASES. | CASE NO. 19-BK-17661, *ET AL*. |

## NOTICE OF ATTORNEY SUBSTITUTION

 **PLEASE TAKE NOTICE**, that pursuant to Local Rule 2091-1, David Paul Holtkamp and Charles A. King, both of the same firm (the City of Chicago, Department of Law) hereby agree, as does the City, to substitute the appearance of David Paul Holtkamp with the appearance of Charles A. King, and withdraw the appearance of David Paul Holtkamp for the City of Chicago in the above case and the attached list of cases, as follows:

| **Appearance to be Withdrawn:** | **Appearance to be Substituted:** |
|---|---|
| David Paul Holtkamp | Charles A. King |
| City of Chicago, Law Dept. | City of Chicago, Law Dept. |
| 121 N. LaSalle St., Ste. 400 | 121 N. LaSalle St., Ste. 400 |
| Chicago, IL 60602 | Chicago, IL 60602 |

RESPECTFULLY SUBMITTED,

| /s/ David Paul Holtkamp | /s/ Charles A. King |
|---|---|
| David Paul Holtkamp | Charles A. King |

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES.\*\***

# CASE LIST

| Case Name | Case No. |
| --- | --- |
| Lynette A. Jackson | 19-bk-17306 |
| Van M. Johnson | 19-bk-16589 |
| Tavares T. Melvin | 19-bk-13363 |
| Daniel Contreras | 19-bk-11799 |
| Melvin Brown | 19-bk-02767 |
| Rosalva Boyzo | 19-bk-02727 |
| Manuel Antwan Carpenter | 19-bk-02662 |
| Miguel De La Mora | 19-bk-02404 |
| Phyllis Marie Howze | 19-bk-02301 |
| Lakesha R. Miller | 19-bk-02272 |
| Tolice Jones | 19-bk-02180 |
| Biyunca D. Daniels | 19-bk-02062 |
| Marie Arlene Starks | 19-bk-02036 |
| Dora M. Yoshida | 19-bk-01736 |
| Glenda R. Smith | 19-bk-01527 |
| James W. Groves | 19-bk-00937 |
| Tearranee D. Collins | 19-bk-00588 |
| Latoya G. Brown | 19-bk-00384 |
| Peterson v. City of Chicago | 19-ap-00376 |
| George Huff, Jr. | 19-bk-34980 |
| Velma L. Huff | 18-bk-34660 |
| Lloyd McCoy | 18-bk-34104 |
| Levy Johnson, Jr. | 18-bk-34041 |
| Francis M. Smolen | 18-bk-33919 |
| Marion Moore, Jr. | 18-bk-33911 |
| Kiya Massenberg | 18-bk-33516 |
| Lucinda Elizabeth Davis | 18-bk-33492 |
| Terrance R. Spets | 18-bk-31412 |
| Michael M. Sanders | 18-bk-31222 |
| Ashley Ellis | 18-bk-26641 |
| Alice M. Longino | 18-bk-25933 |
| Kiera S. Cherry | 18-bk-25113 |
| Anthony and Marlene Roldan | 18-bk-18593 |
| George Peake | 18-bk-16544 |

| Case Name | Case No. |
| --- | --- |
| Curtis and Ruby Green | 18-bk-16199 |
| Zina Ordell Smart | 18-bk-12814 |
| Robert M. Kowalski | 18-bk-09130 |
| Dionna D. Rice | 18-bk-08359 |
| Bridgette Ownes | 18-bk-07893 |
| R & D Bus Company | 18-bk-05068 |
| Timothy Shannon | 18-bk-02860 |
| Robbin L. Fulton | 18-bk-02860 |
| Felicia R. Williams | 17-bk-33186 |
| Florence Mae Hernandez | 17-bk-32345 |
| LaTonya Boyette | 17-bk-32054 |
| Sabastian O. Osaghae | 17-bk-17290 |
| Donna M. Hampton | 17-bk-11751 |
| Arturo Bautista | 17-bk-10184 |
| Pittsfield Development, LLC | 17-bk-09513 |
| Lornie A. Marks | 17-bk-08576 |
| Ashina Nefertari Hicks | 17-bk-03663 |
| Puerto Rican Parade Committee of Chicago | 17-bk-03480 |
| Samone L. Sandifer | 17-bk-00779 |
| Daniels v. Chicago | 17-ap-00198 |
| Baines v. Chicago | 17-ap-00242 |
| Rosia Mae Watson | 16-bk-38393 |
| Yanace A. Bass | 16-bk-37009 |
| TaraShaun Renee Cain | 16-bk-35812 |
| Irene Lelia Blakey | 16-bk-35699 |
| Jayson Jennings | 16-bk-28670 |
| Boaz Kohn | 16-bk-12319 |
| Michael D. Shorter | 16-bk-09257 |
| Dorian Dudley | 16-bk-08230 |
| Wendy R. Woodward | 14-bk-33498 |
| Maurice A. Allen | 14-bk-17256 |
| Chester B. Steenes | 14-bk-16692 |
| Clarence Jones | 13-bk-46330 |
| McDonough Associates Inc. | 12-bk-47072 |
| CC Care, LLC | 17-bk-32406 |
| Gold Coast Partners, LLC | 18-bk-09765 |